# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JENNIFER WHITWORTH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.: 2:20-cv-756-RDP-HNJ** |
| | ) | |
| **STEVEN MEZRANO and** | ) | |
| **MEZRANO LAW FIRM, P.C.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO STRIKE AND REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE

Defendant Steven Mezrano ("Mezrano") and Defendant Mezrano Law Firm, P.C. ("MLF") (collectively "Defendants") submit the following Response to Plaintiff's Motion to Strike Defendant's [sic] Initial Brief (Doc. 125) and Reply in support of Defendants' Motion to Strike:

1. The Court's October 4, 2022 Order extended the page limit for the parties' initial briefs to forty-five (45) pages.[1] (Doc. 97). Defendants' initial brief is forty-four and a half (44 1/2) pages. *See* Doc. 106.

2. Contrary to Plaintiff's Motion, Defendants did not "manipulate the spacing" of their initial brief or "intentionally disregard" any order of this Court

---

[1] Appendix II of this Court's Scheduling Order specifically provides that the table of contents is not included in the page limit. (Doc. 29, pg. 8).

regarding formatting requirements in order to extend the page limitation established by the Court.[2]

3. To the extent some of Defendants' subheadings were inadvertently spaced incorrectly, Defendants have confirmed that their initial brief would not exceed the forty-five page limit set by this Court when all subheadings are double-spaced. Defendants are happy to re-file their initial brief with corrected double-spacing after subheadings if the Court would like them to do so.

4. Plaintiff's Response to Defendants' Motion to Strike fails to show good cause for any of her various violations of this Court's Orders. For the reasons set forth in their Motion (Doc. 123), Defendants' Motion is due to be granted.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that Plaintiff's Motion to Strike (Doc. 125) be denied and Defendants' Motion to Strike (Doc. 123) be granted.

**ATTORNEYS FOR MEZRANO LAW FIRM, P.C.**

*s/ Ronald D. Scott Williams*
Ronald S. Williams
Amy Jordan Wilkes
Cayman L. Caven
BURR & FORMAN LLP

---

[2] Curiously, Plaintiff moves to strike Defendants' initial brief for formatting issues she concedes exist in her response brief and which she intentionally failed to correct before untimely filing her brief after the Court's deadline. For example, Plaintiff used 11.5-point font in portions of her brief, in violation of the Court's Order requiring 12-point font. *See* Doc. 122, pp. 50-51. This font size manipulation allows Plaintiff to circumvent the Court's page limit requirement even further. Plaintiff also concedes that her own headings are not appropriately double-spaced as required by this Court's Order.

420 North 20th Street, Suite 3400
Birmingham, AL 35203
Phone: (205) 251-3000
Fax: (205) 458-5100
Email: scwilliams@burr.com
  awilkes@burr.com
  ccaven@burr.com

**ATTORNEY FOR MEZRANO LAW FIRM, P.C. AND STEVEN MEZRANO**

*s/ Brent L. Crumpton*
Brent L. Crumpton
BRENT L. CRUMPTON, P.C.
1120 28th Place South
Birmingham, AL 35205
Phone: (205) 222-4456
Email: blc@crumptonlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 19th day of December, 2022:

| | |
|---|---|
| Alicia Haynes | Cynthia Forman Wilkinson |
| HAYNES & HAYNES | WILKINSON LAW FIRM |
| 1600 Woodmere Drive | 1717 3rd Avenue North, Suite A |
| Birmingham, Alabama 35209 | Birmingham, AL 35203 |

Heather Newsom Leonard
HEATHER LEONARD, P.C.
P.O. Box 43768
Birmingham, AL 35243

                                              *s/ Ronald D. Scott Williams*
                                              OF COUNSEL